# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR168 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| BRYCE WILLIAM MALCOLM, | ) ) ) | |
| Defendant. | ) | |

The Defendant has filed what appears to be a pro se motion seeking relief under Sentencing Guideline Amendment 782.

IT IS ORDERED that:

1.  The Defendant's pro se motion (Filing No. 88) will be held in abeyance pursuant to General Order No. 2014-09 and this matter is under review by the Court; and

2.  The Clerk shall provide the Defendant with a copy of this order and General Order No. 2014-09. The Clerk shall also give notice of the entry of this order to the United States Attorney and to the Federal Public Defender.

DATED this 20th day of August, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge